*Judge's Original*

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 JUN 11 AM 10: 44

DEPUTY CLERK _____

JULIAN M. TURNER, Pro Se,

    Plaintiff,

v.

DALLAS VETERANS ADMINISTRATION HDOM PROGRAM,

JANAE JAMESON, KEITHIAN (LNU), S. WOODS, NUNLEY,
CHAPLIN MICHAEL B. T. (LNU), V. LINDEN, (FNU) CHANCE,
(FNU) HENDRICKS, DALLAS VETERANS EMERGENCY ROOM STAFF,
ET AL

IN PROFESSIONAL AND PERSONAL CAPACITY,
AND JOINTLY AND SEVERALLY

    Defendants

Civil Action No.

**3:19-CV1392-S**

## QUI TAM COMPLAINT, MOTION FOR INJUNCTIVE RELIEF, AND EMERGENCY RESTRAINING ORDER

COMES NOW Julian M. Turner, herein referred to as Plaintiff, and being Indigent, does bring forth and submit this QUI TAM COMPLAINT, MOTION FOR INJUNCTIVE RELIEF, AND EMERGENCY RESTRAINING ORDER, and in support would show The Court the following:

1. Whereas Plaintiff states and avers that he has a Personal Interest in this matter having been totally denied his Constitutional Rights by all Defendants jointly and severally, knowingly, willingly and with malice aforethought, and Plaintiff intends to both testify to same in Court under penalty of perjury and prosecution by law, and submit and present evidence thereto.

2. Whereas Plaintiff states that because of the far reaching ramifications and newly developing true and correct facts from various witnesses including statements attesting to the flagrant and wanton denial of Constitutional Rights and abuses of authority by all Defendants, Plaintiff is still finding new true and correct facts to fully support and document his Complaint and therein respectfully reserves the right to Amend, Brief, and Supplement this matter as necessary up until the date of Trial by Jury.

3. Whereas Plaintiff states that he is an Honorably Discharged Veteran who entered The HDOM Program and signed a Contract thereto that specifically and expressly stated he was to be treated with respect yet all the Defendants herein have blatantly and intentionally disrespected Plaintiff on several occasions.

4. Whereas Plaintiff states that Defendant Janae Jameson has intentionally abused her power and authority against Plaintiff to cause him harm by

    A) Denying A Pass to see his Daughter without cause.

    B) Subjected Plaintiff to extreme embarrassment and verbal abuse.

    C) Made numerous false accusations against Plaintiff to HDOM Administrative Staff.

    D) Knowingly and willingly with malice afore thought met and confederated with and conspired with Defendant Keithian to tamper with, obstruct and withhold Plaintiff's mail with the sole personal reason to 'Make' Plaintiff have to come to her for his mail, against Policy when Plaintiff's mail was being delivered to him unobstructed.

5. Whereas Plaintiff states that Defendant Jameson on several occasions has intimidated Plaintiff without cause abusing her Power.

6. Whereas Plaintiff states that Defendant Jameson, Defendant Keithian, Defendants Linden, Chance, and Hendricks confederated, conspired, and otherwise plotted to circumvent all Program Policy to 'Kick' Plaintiff out of the HDOM Program making Plaintiff Homeless leaving him no where to go, no where to lay his head, no way to get to anywhere, and therein causing Plaintiff to lose access to and control and custody of his Personal Property including but not limited to: Personal Hygiene Items (Soap, Deodorant, Toothpaste, Razor, Shaver, Clippers, Wash Clothes and Towels, Personal Clean and New Clothing (Suits, Ties, Dress Shirts, Shoes, Belts, Coats, Underwear, Socks) valued at approximately $500.00+, Personal Property including Books, New Cookbook Designed and Authored by his Daughter with extreme Sentimental and Personal Value as well as Financial Value, Personally Purchased Food, Snacks, etc., valued at approximately $200.00+, and other materials including a New Duffle Bag, Blankets, and other Personal Items valued at approximately $300.00+.

7. Whereas Plaintiff states that a Female Lesbian Veteran made a vicious unfounded complaint against Plaintiff and embellished and otherwise manufactured crass and blatant lies against Plaintiff, and waited until she was leaving the Program and submitted same complaint against Plaintiff causing all the Defendants to conduct a quasi 'meeting' (In which not only was the Complainee not present and therein Plaintiff was denied his right to confront his accuser, the Defendants also alleged 2 other purported witnesses to same complaint against Plaintiff but also conveniently not present and therein Plaintiff was denied his right to face those accusers and confront them also, and further, another witness that Plaintiff Defended (A White Male Veteran) who was present at the alleged incident and knew and could tell the true and correct facts likewise was not present and again Plaintiff was denied and deprived of his Constitutional Right

to face his accuser and bring witnesses in his defense, and when Plaintiff asked about that Witness was told: "...He refuses to get involved..." [sic], which is a gross and total denial of Due Process and Plaintiff's 1st Amendment Right To Redress, 5th Amendment Right to be presumed innocent, and therein directly subjects Plaintiff to extreme and severe cruel and unusual punishment without due process by virtue of the conductance of this 'farce' of a hearing without any of Plaintiff's rights observed, and a total and blatant intentional denial and deprivation and direct violation of Plaintiff's 14th Amendment Right to Due Process.

8. Whereas Plaintiff further respectfully states and avers that this falls squarely within the confines of The Whistleblower Act in that less than several weeks before, Plaintiff was then too maliciously accused of something and again there was no 'Complaining Actor/Witness' for Plaintiff to confront and face, and in fact, The Defendants at that point also attempted to maliciously 'Kick' Plaintiff out of the HDOM Program, and but for Plaintiff having had to go directly to The Dallas Veterans Administration Hospital Director and Patient Advocate to have them personally intercede, Plaintiff would've been summarily 'Kicked' Out of the Program without cause, and thusly, the actions herein foregoing detailed are part and parcel to direct and flagrant intentional retaliation against Plaintiff for daring to expose the nefarious actions and activities of all the Defendants, and Plaintiff states that he is now Homeless, has lost his employment as a direct and predicate cause of the actions herein detailed by all The Defendants who acted jointly and severally in both their Professional as well as Personal Capacities, and Plaintiff has been forced to bring this action as even contacting The Veterans White House Emergency Line has not garnered even a modicum of relief.

9. Whereas Plaintiff further states that there is a serious problem with the Nursing Staff of both The Dallas VA Hospital Emergency Department in that Plaintiff on numerous occasions was totally disrespected, denied medical care, and same led to Plaintiff becoming grossly life-

threatening infected necessitating immediate hospitalization of Plaintiff to undergo 2 separate and independent surgeries which necessarily predicated Plaintiff losing a well-paying job.

10. Whereas Plaintiff further states that his Primary Care Physician and Plaintiff had a mutually amicable professional and personal relationship, and The Primary Care Physician Doctor Rao was meeting all of Plaintiff's Medical Concerns and Needs with his Nurse (An English Female) who was most professional and compassionate, yet when Plaintiff needed Emergency Care and was approved by HDOM Nursing Staff and Doctor Rao to come directly to Clinic 10, Plaintiff was arbitrarily and rudely denied access to and ability to meet and be seen by Doctor Rao by some indeterminate race Nurse on 3 separate occasions and further denied and deprived of necessary medical care including both Pain Medication as well as Pain Steroid Shots, and it was not until Plaintiff made yet another call to The Veterans Emergency White House Line that then and only then less than 2 days ago, was Plaintiff's original Prescriptions suddenly filled, yet Plaintiff has still been denied and deprived of the very real necessary Medical Steroid Shot to alleviate his Pain which is medically documented and Plaintiff is always at a Pain Level of 10.

11. Whereas Plaintiff has several other witnesses to all the herein who will readily testify before The Court and Jury as to all the herein true and correct facts, information, and data.

12. Whereas Plaintiff states that The propensity and proclivity for fraud and destruction of crucial material evidence, documents, notes, Urinalysis, etc., by all The Party's herein named including the Nursing Staff at Clinic 10 for Doctor Rao, as well as the Medical Records Department at The Dallas Veterans Administration is very real, and therein Plaintiff respectfully asks The Court to issue a Subpoena Duces Tecum for all the HDOM Records relating to Plaintiff as well as any Notes, Recordings, Psychological Tests, Analysis, etc., as well as all Medical Records for Plaintiff from The Dallas Veterans Administration Hospital Medical Records Department and that Plaintiff be provided a copy of all at no cost in the interest of justice which has been denied Plaintiff to

date, so that Plaintiff can review same and prepare the necessary additional documentary evidence from same for The Court and Jury.

Whereas Plaintiff states and avers solemnly that all the herein foregoing are true and correct facts, events, and information, and Plaintiff intends to testify to same before The Court and Jury at Trial, and Plaintiff respectfully being an Indigent and Homeless Veteran has no means to pay any Filing Fees nor Court Costs and asks The Court to Waive Same in the interest of Due Process and Justice and Plaintiff has duly executed and has attached the requisite Fee Waiver Affidavit.

Respectfully Signed,

Dated: Wednesday March 3rd, 2019   /s/ *[signature: Julian M. Turner]*

Julian M. Turner, Pro Se

~~1818 Corsicana Street~~ 1607 N. Carroll #207

Dallas, Texas ~~75201~~ 75204 *[initials: JMT]*

(734) 506-8575

Turnerjulian205@gmail.com

JS 44 (Rev. 06/17) - TXND (Rev. 06/17) Case 3:19-CV-01392-S-BK Document 8-1 Filed 06/11/19 Page 4 of 7 PageID 11

**ORIGINAL**

**RECEIVED**
JUN 11 2019
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Julian M. Turner

**DEFENDANTS**
Dallas Veterans Administration
Janae Jamison, S. Woods, Nunley ET AL
Keithian Lui

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*  Unk

**319-CV1392-S**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☒ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Qui Tam, Civil Rights, Due Process
Brief description of cause:
Use of Fraud + Theft To Discharge Me Wrongfully + Steal My Property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5M
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___