IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIAN M. TURNER, <br> PLAINTIFF, | § § § | |
| V. | § § | CASE NO. 3:19-cv-1392-S-BK |
| DALLAS VETERANS ADMINISTRATION HDOM PROGRAM, ET AL., <br> DEFENDANTS. | § § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion for Injunctive Relief and Emergency Restraining Order*, Doc.3, is summarily **DENIED**.

SO ORDERED this 11th day of July, 2019/2:29 p.m.

_____
UNITED STATES DISTRICT JUDGE